# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:04CR403** |
| vs. | ) | |
| | ) | **ORDER CONTINUING TRIAL** |
| **ADOLFO SOLORIO,** | ) | |
| | ) | |
| Defendant. | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06CR302** |
| vs. | ) | |
| | ) | **ORDER CONTINUING TRIAL** |
| **ADOLFO SOLORIO-TAFOLLA,** | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that defendant's Motions to Continue Trial are granted, as follows:

1. The above-entitled cases are scheduled for a consolidated jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin T**uesday, January 16, 2007 at 9:00 a.m**. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Counsel for the United States shall confer with defense counsel and, no later than **January 10, 2007**, advise the court of the anticipated length of trial.

3. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **December 12, 2006 and January 16, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161

because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED November 30, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**