## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:04CR403 |
| ADOLFO SOLORIO, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED that the following is set for hearing **on December 26, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Withdraw as Counsel [22]

Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

DATED this 15th day of December, 2006.

> BY THE COURT:
>
> s/ F.A. Gossett
> United States Magistrate Judge