## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR403** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ADOLFO SOLORIO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of William L. Switzer, Jr., CJA, to withdraw as counsel for the defendant, Adolfo Solorio [28]. Since retained counsel, Bassel El-Kasaby has entered an appearance for the defendant [27], the motion to withdraw [28] is granted. William L. Switzer, Jr. shall be deemed withdrawn as attorney of record and shall forthwith provide Bassel El-Kasaby with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Switzer which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 10th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge