# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:04CR403 |
| vs. | ) | |
| | ) | ORDER |
| ADOLFO SOLORIO, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:06CR302 |
| vs. | ) | |
| | ) | ORDER |
| ADOLFO SOLORIO-TAFOLLA, | ) | |
| | ) | |
| **Defendant.** | ) | |

These cases have been consolidated for trial and are set to be tried the week of January 30, 2007. This trial date was set on January 4, 2006, as a "final continuance" in a series of continuances granted the defendant. Defendant retained new counsel after the final continuance was granted. Presumably, substitute counsel was aware of the pending final trial date when he entered his appearance in these cases.

Because the ends of justice will not be served by granting the defendant's motion and do not outweigh the interests of the public and the defendant in a speedy trial, *see* 18 U.S.C. § 3161(h)(A),

**IT IS ORDERED** that defendant's Motion to Continue Trial is denied.

**DATED January 11, 2007.**

                                                                       **BY THE COURT:**

                                                                       s/ **F.A. Gossett**
                                                                       **United States Magistrate Judge**